In The United States District Court For The
Northern District Of Illinois

FILED
DEC 0 5 2016 AS
12-5-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clayborn Smith Jr. #B13485,
    Plaintiff

vs.

Krzysztof Szorc, et al,
    Defendants.

No. 14 C 438

## Motion For Relief From Judgment

Now Comes Clayborn Smith Jr. Plaintiff pro se and pursuant to F.R.C.P. Rule 60(a), and request relief from Clerical Mistakes. In support Plaintiff incorporates the following Declaration.

## Declaration

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the information provided in this statement is true and correct.

1) On about April or May 2015 this Court dismissed the above caption cause with leave to reinstate upon full payment of the filing fee and informed Plaintiff the remaining balance was about $257.00.

2. Between April 8, 2015 and September 23, 2016 Smith has sent the Court (willingly and unwillingly) $282.00. Currently paid is $295.00.

3. Smith has filed grievances, Feb. 7 2016 and Oct. 9, 2016 in relation to more than 20% of funds being deducted by Menard (Exh. No. 1) and $32.00 of $35.00 deducted that Counselor Quick showed Smith a transaction statement indicating that $32 was for a September 2014 initial filing fee on this cause, and upon Smith complaining all that changed, but no relief (Exh. No. 2)

4. Smith sent a $200.00 check, and letter with caption and case number to the clerk July 18, 2016. As of today due to Menard's arbitrary violation of the April 10, 2014 Court order to only deduct 20% of the preceding months income credited to the account for the remaining fee. Smith has over paid the $350. filing fee, by about $42.00.

5. On Feb. 7, 2016 Smith notified the Court about the above said arbitrary deduction by Menard. No Response (Exh. No. 3)

6. On June 10, 2016 Smith was misinformed the fee was paid by his attorney.

7. On Aug. 8, 2016 Smith motioned to reinstate the cause, filing fee paid. No Response (Exh. No. 4)

2 of 3

8. On Sept. 25, 2016 Smith notified the Clerk the fee was paid that he is awaiting reinstatement, that Menard continues to deduct funds from his account; Smith requested a receipt of payment, and that Clerk notify Menard to discontinue 20% deductions. No Response. (Exh. No. 5) Two more deductions followed (Exh. No. 6)

9. Clerical mistakes with parts of the record and errors therein arising from oversight or omission may be corrected by the Court at any time of its own initiative or on the motion of any party and after such notice if any as the court orders.

10. Therefore, Clayborn Smith Jr., prays this Court orders the Clerk to correct any oversight or omission, send Smith a receipt of payment, notify Menard Correctional Center Trust Office. the April 10, 2014 Order is terminated; and Please reinstate the cause and last Order upon full payment.

Writ Address
Still resident at Menard Correctional Center. Writ until November 2, 2016

/s/ Clayborn Smith Jr.
Clayborn Smith #B13485
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

IN THE

United State District Court, Northern District of Illinois

Clayborn Smith Jr.
**Plaintiff/Petitioner**

Vs.    No. 14 C 438

Krzysztof Szore, et al
**Defendant/Respondent**

## PROOF/CERTIFICATE OF SERVICE

TO: Jean N. Brown
Assist. Attorney General
100 W. Randolph
Chicago, IL 60601

TO: _____

PLEASE TAKE NOTICE that at: 11 AM/PM December, 2016, I placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Motion for Relief From Judgment

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 12-1-16

/s/ Clayborn Smith Jr.
Name: Clayborn Smith
IDOC No. B13485
Menard Correctional Ctr.
POB ox 1000
Menard, IL 62259, IL

Revised 4/15/16

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

Date: 2-7-16
Offender: C. Smith
ID#: B13485
Present Facility: MCC
Facility where grievance issue occurred: MCC

128-2-16

NATURE OF GRIEVANCE: Trust Fund Error

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): deduction of Fee paid, & no longer collected
- [ ] Disciplinary Report: ___/___/___ Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 1-31-16 I received an inmate transaction statement indicating 1-21-16 $20 was deducted from $47.68 for Description 000853, Clerk U.S. Inv. Date 4-10-2014, Batch 021359 Chk #141605. This is an error, the Judge terminated payment on that case in 2015.

I have a 5/4/2015 inmate transaction statement Batch 098359 Chk #136312 Description 000853 Clerk U.S. Inv. Date 4/10/2014. I paid on this case until payment was terminated. I have verified pay on computer of 4-10-14.

There is no logical reason why I would be asked

Relief Requested: Stop payment on the case, return $20 or $1.60 for deducting more that 20% and verify the termination by contacting Clerk of N.D. Ill, Smith v. Szoc et al, No. 14 C 438.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Claytomus Smith   B13485   2/7/16
Offender's Signature   ID#   Date
(Continue on reverse side if necessary)

RECEIVED
FEB 22 2016
GRV

Counselor's Response (if applicable)

Date Received: 2/10/16
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Trust office supervisor pulled your court ordered fees to the US Dist. Court - Northern Dist Case # 14 CO 438 Dated 4/2/14. Menard C.C. has not received documentation from the court saying his filing fee was vacated or paid in full. We will not accept any documentation you have, it must come from the court.

M. Nipp CC2
Print Counselor's Name
[signature]   2/10/16
Counselor's Signature   Date of Response

Exh. No. 1

EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1   DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

to pay on this case. Also, 20% of 47.68 is not $20.
So even if I was still paying on the case, 20% of $47
is $8.40 not $20 that was deducted from my account on
January 21, 2016. That being the case I should get back
$11.60 if not the entire $20.

I believe 4-10-15 was the last payment
payment ended between April and June 2015.

Smith
B13485

N2-2-21

Addendum: The deduction of more then 20%
of $5.00 and the cause of so late deduction is
still not addressed 2-16-16 Clayton Smith B13485

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

E-1-12

### Grievance Officer's Report

Date Received: February 22, 2016    Date of Review: April 20, 2016    Grievance # (optional): 128-2-16

Offender: Smith, Clayborn    ID#: B13485

Nature of Grievance: Court Fees

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 2-7-16 and grieves the court fees being deducted ($20 on 1-21-16) have been terminated in 2015. Relief requested: stop payment in case #0008853 and reimburse $20.

Counselor replied the Trust Office Supervisor pulled this court order. Menard has not received documentation from the court stating this fee has been vacated or paid in full. Only documentation from the court will be accepted.

Grievance Office contacted the Trust Office. No updated information has been received from the court. Issue addressed appropriately by Counselor

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

Lori Oakley
Print Grievance Officer's Name           Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: April 28, 2016    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

K. Butler
Chief Administrative Officer's Signature                5-5-16
                                                         Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Clayborn Smith    B13485    5-12-16
Offender's Signature    ID#    Date

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 10-9-16  **Offender (Please Print):** Clayborn Smith  **ID#:** B13485

**Present Facility:** MCC  **Facility where grievance issue occurred:** MCC

### NATURE OF GRIEVANCE:

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: __/__/__
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Trust Office Illegal seizure of Money

Date of Report _____ Facility where Issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

In about September 2016, The Trust Office subtracted $3 and change from my account it claims for a September 2014 "initial filing" fee on Case No. 14-C-438, out of a $35 money wire from J Pay. When I learned about it I complained oral & written to Counselor Quick, that I do not owe an "Initial filing fee" on that case. That I paid the "initial filing fee" on that case in 2014, and as a result 20% of my account has been being subtracted. If I owe a "$3? initial filing fee," 20% deduction would have never started. Quick said she would inform the

**Relief Requested:** Investigate this matter, Return the illegal seizure of $3? plus cents back to my account, declare such a violation of 5th 4th & 14th Amendment, enjoin it stop, punitive, compensatory Monetary Damages

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Clayborn Smith  B13485  10/9/16
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 10/11/16  
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** See attached response from Trust Office

J. Clendenin CCII  |  JClendenin  |  10/11/16
Print Counselor's Name  |  Counselor's Signature  |  Date of Response

Exh. No. 2

### EMERGENCY REVIEW

**Date Received:** __/__/__  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____  __/__/__
Chief Administrative Officer's Signature  Date

trust office and try to stop the check. About 3 weeks later Oct. 7th I get a Oct. 5th letter from C/C Quick with the following response from the trust office:

"On the voucher it stated "Filing fee", trust office assumed it was for a new case (appeal) and a case number was not indicated on the voucher. Need to contact the court and see where they applied the payment. At that time the amount said $133.05 not $200. Attached.

The above had absolutely nothing to do with this issue. The trust office has wasted our time with this pertemetary response.

You all know that to find a 2014 "Initial Filing fee" bill, the trust office had to see 2 years of payments. Second the office has NO authority to subtract money from my account arbitrarily and claim it for the court. The Trust Office cannot produce a September 2014 unpaid bill. I have a due process protection to money in my account. This is an illegal seizure of my money and I've complained about the Trust Office using the court to subtract unauthorized amount of money from my account in the past. Grievance # 128-2-16

This has caused me mental & emotional anguish

Date : 10/11/2016
Time : 10:54:12
CHAMP

Menard Correctional Center
Trust Fund
Inmate Transaction Statement
7/1/2016 to 10/11/2016

Page 1 of 1

Inmate: B13485 Smith, Clayborn      Housing Unit: MEN-E -01-12

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.98 |
| 07/01/16 | Mail Room | 10 Western Union | 183200 | 3177169470 | Lundahl, Margaret | 250.00 | 250.98 |
| 07/05/16 | Payroll | 20 Payroll Adjustment | 187159 | | P/R month of 6 2016 | 8.00 | 258.98 |
| 07/07/16 | Disbursements | 84 Library | 1893113 | Chk #144402 | 546041, DOC: 523 Fun, Inv. Date: 07/06/2016 | -.90 | 258.08 |
| 07/07/16 | Disbursements | 73 Court Ordered Fees | 1893113 | Chk #144404 | 0008853, Clerk, U.S., Inv. Date: 04/10/2014 | -6.00 | 252.08 |
| 07/07/16 | Disbursements | 81 Legal Postage | 1893113 | Chk #144411 | 545825, Pitney Bowes, Inv. Date: 07/05/2016 | -.47 | 251.61 |
| 07/08/16 | Point of Sale | 60 Commissary | 1907203 | 1264492 | Commissary | -38.31 | 213.30 |
| 07/18/16 | Mail Room | 10 Western Union | 200200 | 2016018650 | Becton, Zariah | 25.00 | 238.30 |
| 07/18/16 | Disbursements | 88 filing fee | 2003113 | Chk #144569 | 88255429, U.S. Distr, Inv. Date: 07/18/2016 | -200.00 | 38.30 |
| 07/20/16 | Point of Sale | 60 Commissary | 2027203 | 1267375 | Commissary | -38.28 | .02 |
| 08/05/16 | Payroll | 20 Payroll Adjustment | 218159 | | P/R month of 7 2016 | 10.00 | 10.02 |
| 08/09/16 | Disbursements | 81 Legal Postage | 2223113 | Chk #144982 | 547256, Pitney Bowes, Inv. Date: 07/20/2016 | -.47 | 9.55 |
| 08/09/16 | Disbursements | 81 Legal Postage | 2223113 | Chk #144982 | 549197, Pitney Bowes, Inv. Date: 08/09/2016 | -.21 | 9.34 |
| 08/11/16 | Point of Sale | 60 Commissary | 2247152 | 1272216 | Commissary | -8.41 | .93 |
| 08/18/16 | Disbursements | 80 Postage | 2313113 | Chk #145181 | 549462, Pitney Bowes, Inv. Date: 08/09/2016 | -.47 | .46 |
| 09/09/16 | Payroll | 20 Payroll Adjustment | 253159 | | P/R month of 8 2016 | 10.00 | 10.46 |
| 09/12/16 | Mail Room | 15 JPAY | 256200 | 63069203 | Perkins, Jennifer | 35.00 | 45.46 |
| 09/13/16 | Disbursements | 81 Legal Postage | 2573113 | Chk #145406 | 550645, Pitney Bowes, Inv. Date: 08/19/2016 | -.94 | 44.52 |
| 09/13/16 | Disbursements | 81 Legal Postage | 2573113 | Chk #145406 | 552133, Pitney Bowes, Inv. Date: 09/08/2016 | -.47 | 44.05 |
| 09/20/16 | Point of Sale | 60 Commissary | 2647178 | 1280328 | Commissary | -7.77 | 36.28 |
| 09/23/16 | Disbursements | 73 Court Ordered Fees | 2673113 | Chk #145738 | 0008853, Clerk, U.S., Inv. Date: 04/10/2014 | -32.00 | 4.28 |
| 09/23/16 | Disbursements | 81 Legal Postage | 2673113 | Chk #145741 | 552810, Pitney Bowes, Inv. Date: 09/13/2016 | -1.83 | 2.45 |
| 09/23/16 | Disbursements | 80 Postage | 2673113 | Chk #145741 | 553215, Pitney Bowes, Inv. Date: 09/19/2016 | -2.30 | .15 |
| 10/11/16 | Payroll | 20 Payroll Adjustment | 285159 | | P/R month of 9 2016 | 9.86 | 10.01 |

| | |
|---|---|
| Total Inmate Funds: | 10.01 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 7.40 |
| Funds Available: | 2.61 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/23/2016 | 553694 | Disb | Library | 2 DOC: 523 Fund Library | $2.40 |
| 10/07/2016 | 555065 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| | | | | Total Restrictions: | $7.40 |

On April 10, 2014 Menard Correctional Center received a court order from the Northern District Court for B13485 Clayborn. The order stated to deduct $16.22 from Plaintiff's account for the payment to the Clerk of Court as an initial partial filing fee which was deducted from inmates account on 4/10/14. In addition the order stated, after payment of the initial partial filing fee, the trust fund officer is directed to collect monthly payments from the Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account  Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00 until the full $350.00 filing fee is paid. The remaining balance is $101.05. The trust fund officer will continue to collect monthly payments per the court order until initial filing fee is paid in full. Please see attached for detailed history of deductions for court order 14 C 0438.

In regards to the $200.00 voucher which the inmate submitted for initial filing fees in September 2016, the check was issued to the Northern District, therefore it is the inmates responsibility to contact the court regarding to see if the Clerk of the Court applied the payment to this court order. Until the Trust Office receives notification from the Northern District Court that the filing fee for court order 14 C 0438 is paid in full, we will continue to deduct the 20% monthly payment.

In The
United States District Court For The
Northern District of Illinois

Clayborn Smith
　　Plaintiff
　－vs－　　　　　　　　　　　　Case No. 14 C 438
Krzysztof Szorc, et al
　　Defendants.

## Notice To The Court

Please take Notice that Menard Trust Fund Office is deducting Court Order Fees Terminated by this Court in April, May or June of 2015.

This Court Ordered that Smith pay the Fee in Full, and partial payments would not be accepted.

Smith won a judgement for $267.00 in the Court of Claims on July 8, 2015, but due to the lack of a budget, the Office of Court of Claims cannot voucher this payment to the State Comptroller until an appropriation is passed by the legislature and signed into law by the Governor. See Smith v. State No. 14-CC-3318.

Smith only learned of this problem when Menard took 1/2 instead of 20% of his balance. Smith is eager to pay the fee and is just waiting a budget to be signed into law.

Please order the Clerk to notify Menard to No longer deduct partial filing fee, and to return partial payment sent 1-21-16. Respectfully Submitted
　　　　　　Executed: 2-7-16.　　Clayborn Smith

M.C.C. P.O. Box 1000
Menard, IL 62259　　　　　　　　　Exh. No. 3

(reverse side)

My Copy

In The United States District Court For The
Northern District Of Illinois

Clayborn Smith #B13485,
    Plaintiff,
  -VS-

Krzysztof Szorc, et al.,
    Defendants.

No. 14 C 438

RECEIVED
AUG 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Second Motion To Reinstate The Cause, Filing Fee Paid

    Now Comes Clayborn Smith, plaintiff pro se., and pursuant to this Court's Order in the Summer of 2015 that this Cause be dismissed pending full payment of filing fee. In support plaintiff states:

1) On about July 2016, Smith paid the complete filing fee from Menard Correctional Center.

2) In about June 2016, Attorney Margaret A. Lundahl was provided $250.00 to call the Clerk of the Court to learn the remaining balance owed on the filing fee and pay it.

3) In about June 2016, Attorney Lundahl, notified Smith to expect it done. (paid)

4) On about June 10, 2016 Smith filed his first Motion to Reinstate the Cause, Filing Fee Paid.

5) On about July 1, 2016, Attorney Lundahl return-

1.     Exh. No. 4

My Copy

ed the $250.00 explaining the Clerk had not followed up on her attempt to learn the balance owed.

6) In July 2016, Smith requested a check for $200.00 be forwarded to the Clerk of this Court to pay the complete filing fee.

7) On July 18, 2016 while at the Commissary Smith learned that $200.00 had been deducted from his Trust Fund Account for the Filing Fee.

8) Smith's June 10, 2016 Motion was inadvertantly filed based on mis-information. The motion was filed in good faith as was all efforts to pay the fee for the cause to be reinstated.

Wherefore, Clayborn Smith prays this Court will reinstate this cause as ordered in the Summer of 2015.

Respectfully submitted
By: Clayborn Smith #B13485

## Declaration And Verification

I declare under penalty of perjury that I am a plaintiff in this above action, that I have read the above Motion and that the information contained therein is true and correct. Executed on July 31, 2016

Respectfully submitted
By: Clayborn Smith #B13485

2.

My Copy

In The United States District Court For The
Northern District Of Illinois

Dear Clerk  
Re: Smith v. Szorc,  
No. 14-C-438

Mr. Clayborn Smith #B13485  
Menard Corr. Center  
P.O. Box 1000  
Menard, IL 62259

9-25-16

The Filing Fee has been Paid on this case. I'm currently awaiting the Judge to allow reinstatement. However, Menard Trust Office Continues to subtract 20% or more from my account.

July 8, 2016 I sent $200 to complete the filing fee. September, the Trust Office substracted $32 and cents from my account for a September 2014 "Initial Filing Fee" in this case. That "initial filing fee" was paid in 2014.

I complained February 7, 2016 to the Trust Fund Office for subtracting about 48% of my account for this case.

I cannot stop Menard Trust Office that claims its acting under Court Order.

Please send me a receipt for my payments balance paid & unpaid, this should be paid.

Contact Menard Correctional Center to terminate The Court Order to subtract money from my account and Please return payments not owed.

Respectfully Written  
Clayborn Smith

Exh. No. 5

Date: 11/22/2016     **Menard Correctional Center**     Page 1 of 1
Time: 10:21:42     Trust Fund
CHAMP

Inmate Transaction Statement
9/23/2016 to 11/22/2016

**Inmate:** B13485 Smith, Clayborn     **Housing Unit:** MEN-E -01-01

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Beginning Balance:** |  | 36.28 |
| 09/23/16 | Disbursements | 73 Court Ordered Fees | 2673113 | Chk #145738 | 0008853, Clerk, U.S., Inv. Date: 04/10/2014 | -32.00 | 4.28 |
| 09/23/16 | Disbursements | 81 Legal Postage | 2673113 | Chk #145741 | 552810, Pitney Bowes, Inv. Date: 09/13/2016 | -1.83 | 2.45 |
| 09/23/16 | Disbursements | 80 Postage | 2673113 | Chk #145741 | 553215, Pitney Bowes, Inv. Date: 09/19/2016 | -2.30 | .15 |
| 10/11/16 | Payroll | 20 Payroll Adjustment | 285159 |  | P/R month of 9 2016 | 9.86 | 10.01 |
| 10/11/16 | Disbursements | 84 Library | 2853113 | Chk #145963 | 553694, DOC: 523 Fun, Inv. Date: 09/23/2016 | -2.40 | 7.61 |
| 10/11/16 | Disbursements | 90 Medical Co-Pay | 2853113 | Chk #145991 | 555065, DOC: 523 Fun, Inv. Date: 10/07/2016 | -5.00 | 2.61 |
| 10/18/16 | Disbursements | 81 Legal Postage | 2923113 | Chk #146152 | 555641, Pitney Bowes, Inv. Date: 10/14/2016 | -.21 | 2.40 |
| 10/19/16 | Mail Room | 10 Western Union | 293200 | 0549234785 | Mbaye, Phyllis | 30.00 | 32.40 |
| 10/31/16 | Disbursements | 84 Library | 3053113 | Chk #146374 | 556017, DOC: 523 Fun, Inv. Date: 10/18/2016 | -1.40 | 31.00 |
| 10/31/16 | Disbursements | 73 Court Ordered Fees | 3053113 | Chk #146375 | 0008853, Clerk, U.S., Inv. Date: 04/10/2014 | -7.00 | 24.00 |
| 10/31/16 | Disbursements | 81 Legal Postage | 3053113 | Chk #146377 | 556073, Pitney Bowes, Inv. Date: 10/18/2016 | -.94 | 23.06 |
| 11/07/16 | Payroll | 20 Payroll Adjustment | 312159 |  | P/R month of 102016 | 4.90 | 27.96 |
| 11/09/16 | Disbursements | 88 final call newspaper 12 issues | 3143113 | Chk #146418 | 88256933, Final Call, Inv. Date: 11/07/2016 | -6.00 | 21.96 |
| 11/09/16 | Disbursements | 88 people vs. wiggins 1-92-2651 | 3143113 | Chk #146423 | 88256934, Clerk Of T, Inv. Date: 11/07/2016 | -1.75 | 20.21 |
| 11/09/16 | Disbursements | 73 Court Ordered Fees | 3143113 | Chk #146465 | 0008853, Clerk, U.S., Inv. Date: 04/10/2014 | -6.00 | 14.21 |
| 11/15/16 | Point of Sale | 60 Commissary | 3207181 | 1290976 | Commissary | -12.82 | 1.39 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 1.39 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 1.39 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Exh. No. 6

Mr. Clayborn Smith #B13485
Menard Corr. Center
P.O. Box 1000
Menard, IL 62259

Attn: Prisoner Correspondence
Clerk of the USDC NDIll,
219 South Dearborn St.
Chicago, IL 60604


U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 002.20⁰
02 1W
0001389078 DEC 02 2016

RECEIVED
DEC - 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT CO---

Legal Mail

Correspondence From IDOC Inmate
-LEGAL MAIL-

12/05/2016-52